UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON and COLUMBUS DIVISIONS

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 5:21-CR-3 |
| KATHY ANN WHITFIELD,<br>Defendant. | : |

## ORDER DISMISSING THE INDICTMENT AS TO KATHY ANN WHITFIELD

Before the Court is the Government's Motion to Dismiss the Indictment as to Defendant Kathy Ann Whitfield. The Government has indicated that based on changed circumstances, the interests of justice are better served by this dismissal.

The Court, having reviewed the motion, finds good cause exists to grant the Government's motion to dismiss. Accordingly, pursuant to Rule 48(a), the charge against Defendant Kathy Ann Whitfield is DISMISSED.

SO ORDERED, this 18 day of October, 2021.

TILMAN E. SELF, III
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA